NEW YORK MUT. GASLIGHT CO., Respondent, v. GRAY, Appellant.

(Common Pleas of New York City and County, General Term.   May 9, 1894.)

Action by the New York Mutual Gaslight Company against Albert Gray.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
Fromme Bros., for appellant.
W. R. Bronk, for respondent.
No opinion.   Order affirmed, with costs.

---

WINTERSON, Appellant, v. HITCHINGS, Respondent.

(Common Pleas of New York City and County, General Term.   May 9, 1894.)

Action by Maria L. Winterson against Hector M. Hitchings.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
E. F. Bullard, for appellant.
H. M. Hitchings, for respondent.
No opinion.   Judgment affirmed, with costs.

---

NICKERSON, Appellant, v. NIVER, Respondent.

(Common Pleas of New York City and County, General Term.   May 10, 1894.)

Action by Lulah Nickerson against Norman H. Niver.
Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.
P. P. Stafford, for appellant.
Boothby & Warren, for respondent.
No opinion.   Order affirmed, with costs.

---

PEOPLE ex rel. ROSEBORN, Appellant, v. JEROLOMAN, Justice, et al.,
Respondents.

(Common Pleas of New York City and County, General Term.   May 10, 1894.)

Action by the People on relation of Harry W. Roseborn against John J.
Jeroloman, justice, and others.
Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.
J. C. Roseborn, for appellant.
Edwin A. Pratt, for respondents.
No opinion.   Order affirmed, with costs.

---

GINDRE et al., Respondents, v. BENGAMIN, Appellant.

(Common Pleas of New York City and County, General Term.   May 11, 1894.)

Action by Claude Gindre and others against Edward M. Bengamin.
Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.
Smith & Dougherty, for appellant.
Stephen Van Wyck, for respondents.
No opinion.   Judgment affirmed, with costs.